■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GRANT, Appellant. — Judgment, Supreme Court, New York County (Livingston Wingate, J.), rendered on November 19, 1982, unanimously affirmed. The case is remitted to the

Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Kupferman, J. P., Sandler, Carro, Rosenberger and Ellerin, JJ.